IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARGARET PETTAWAY,
     Plaintiff,

vs.                                CASE NO.: 3:02cv343/RV/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
     Defendant.

---

## O R D E R

On March 10, 2003 the court remanded this case to then Commissioner Joanne B. Barnhart, at her request, pursuant to sentence four of 42 U.S.C. § 405(g).  The court retained jurisdiction.  By letter dated November 7, 2007, plaintiff informed the court that she has not received relief from the Commissioner, although it is difficult to discern exactly what has happened (doc. 20).

Accordingly, it is ORDERED that the Commissioner shall report to the court within 30 days as to all administrative actions taken since March 10, 2003, and advise as to the current legal status of the plaintiff's application.

DONE AND ORDERED this 20th day of November, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE