**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARGARET PETTAWAY,**
    **Plaintiff,**

**vs.**                                            **CASE NO.: 3:02cv343/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

---

**REPORT AND RECOMMENDATION**

    **This is an appeal from an adverse ruling by the Commissioner of Social Security.  The complaint was filed on August 23, 2002.  On January 27, 2003, before filing an answer, the Commissioner moved to have the case remanded for further proceedings.  On March 11, 2003 the court granted the motion and dismissed the appeal under sentence six of 42 U.S.C. § 405 (g), and retained jurisdiction (doc. 18).**

    **More than five years later, on August 8, 2008, the Commissioner filed his answer and administrative record showing that after remand the case had proceeded through additional administrative proceedings, ultimately resulting in a decision unfavorable to the plaintiff (docs. 35, 36).  Thus, the case is just now at issue, and no briefs have been filed.**

    **Due to the extreme length of time the case was on remand, it would be appropriate to close this case and reopen it with a 2008 number to more accurately reflect the currency of the case in this court.  The clerk should be directed to transfer all pleadings in the current case into the new case number, and the court will proceed under the new number without adversely affecting the rights of either party.  In other**

words, nothing will be changed except the case number, and opening the case under a new number will not delay this court's review of the case.

Accordingly, it is respectfully RECOMMENDED that the clerk be directed to close this case under number 3:02cv343/RV/MD and reopen it under a 2008 number, with all pleadings in the current case transferred to the new number.

DONE AND ORDERED this 16th day of September, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**